# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Park Law Firm,<br>A Professional Corporation<br><br>    Plaintiff,<br>  vs.<br><br>Park Law Offices, P.C. and Sang Hyun Park, individually<br><br>    Defendants.<br>_____<br>Park Law Offices, P.C. and Sang Hyun Park, individually,<br><br>    Counter-Plaintiffs,<br>  vs.<br><br>Park Law Firm, A Professional Corporation, a California corporation,<br><br>    Counter-Defendant,<br>_____<br>Park Law Offices, P.C. and Sang Hyun Park, individually,<br><br>    Third Party-Plaintiffs, | **Case No.: 2:18-CV-07960-CJC-MAAx**<br><br>**Honorable Cormac J. Carney**<br><br>**JUDGMENT** |

vs.

John K Park, an individual,

    Third Party-Defendant.

## JUDGMENT

Pursuant to the Stipulation submitted concurrently with this [Proposed] Judgment by all parties to this action:

(1) Judgment shall be entered in favor of Defendants Park Law Offices, P.C. and Sang Hyun Park and against Plaintiff Park Law Firm, A Professional Corporation as to the Second Count (Count II) for False Designation of Origin, False Description, and False Representation and the Third Count (Count III) for Common Law Unfair Competition of Plaintiff's Second Amended Complaint;

(2) Judgment shall be entered in favor of Plaintiff Park Law Firm, A Professional Corporation and Third-Party Defendant John K Park, and against Counter-Plaintiffs/Third-Party Plaintiffs Park Law Offices, P.C. and Sang Hyun Park for the Second Count (Count II) for Cancellation or Restriction of federal trademark registration pursuant to 15 U.S.C. § 1119 of Defendants/Counter-Plaintiffs/Third-Party Plaintiffs' Second Amended Complaint;

(3) Defendants/Counter-Plaintiffs/Third-Party-Plaintiff Park Law Offices, P.C. and Sang Hyun Park shall be the prevailing party;

IT IS SO ORDERED

Dated: April 7, 2020      _____
                                               HONORABLE CORMAC J. CARNEY
                                               United States District Court Judge